```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT            DOC # _____
SOUTHERN DISTRICT OF NEW YORK           DATE FILED: 3/18/09
----------------------------------------X
IN RE J.P. MORGAN CHASE CASH BALANCE    :
LITIGATION                              :
---------------------------------------- :    06 Civ. 732 (DLC)
THIS DOCUMENT RELATES TO:               :
                                        :          ORDER
All Actions                             :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 2, 2009, the parties in the above-captioned

matter filed a stipulation for voluntary dismissal with

prejudice of the "Certified Notice Claims," as defined in the

stipulation. An Order of February 2, 2009 provided that, should

a hearing be necessary to consider preliminary approval of the

voluntary dismissal, such a hearing would be scheduled for March

25, 2009 at 2:30 p.m. It is hereby

ORDERED that, should the Court find a hearing necessary to

consider preliminary approval of the voluntary dismissal, such a

hearing shall occur on April 1, 2009 at 2:00 p.m. There shall

be no hearing on March 25.

SO ORDERED:

Dated:    New York, New York
          March 18, 2009

                                    _____
                                         DENISE COTE
                              United States District Judge